No. 75–7007. WHITE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–7008. ROLLIE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 75–7009. LUCERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–7010. NEAL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–7011. FOSTER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–7013. BORUSKI v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–3. GOUGH, TRUSTEE IN BANKRUPTCY v. ROSSMOOR CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–4. SUN FINANCE & LOAN CO. v. KOSYDAR, TAX COMMISSIONER OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 76–7. GENERES v. TITLE INSURANCE & TRUST CO. ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 76–9. KOLODZIEJ v. LOCAL 697, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS. C. A. 7th Cir. Certiorari denied.

No. 76–12. UPTON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 76–13. SNYDER, DBA J. S. N. Y., ET AL. v. L. BATLIN & SON, INC. C. A. 2d Cir. Certiorari denied.

No. 76–16. ROSARIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.